— **EXHIBIT A** —



**SALUS GROUP**

April 7, 2025

JOHN STACHO

Dear John Stacho:

Benefits Partner, LLC dba Salus Group is an independent insurance agency that provides insurance brokerage and consulting services. We are committed to protecting the confidentiality and security of the information we maintain. Regrettably, we are writing to inform you of an incident involving some of your information, which we received from your current or former employer and/or insurance carrier in connection with the services we provide. This notice describes the incident, outlines the measures we have taken in response, and provides steps you can take to further protect your information.

***What Happened?*** On October 9, 2024, we identified suspicious activity in one employee's email account. We immediately disabled the account, reset the employee's password, and began an investigation with assistance from a third-party forensic firm. Through the investigation, we determined that there was unauthorized access to the account for a period of time on October 9, 2024. The investigation was unable to determine which emails, if any, were viewed by the unauthorized person. Accordingly, we conducted a comprehensive review of the contents of the email account. We completed our analysis of the data involved in late February 2025 and began informing employers and insurance carriers of the incident on or around March 27, 2025.

***What Information Was Involved?*** Through our review, we identified emails and/or attachments containing some of your information, including your name, date of birth, Social Security number, health insurance information, and/or clinical or treatment information.

***What We Are Doing.*** As a precaution, we wanted to notify you of this incident and assure you we take this matter very seriously. We have arranged for you to receive a 24 month complimentary membership to identity monitoring services through Kroll. The identity monitoring services we are making available include credit monitoring, fraud consultation, and identity theft restoration. Additionally, to help prevent a similar incident from occurring in the future, we implemented additional security controls in our email environment and are providing employees with further training on how to identify and avoid suspicious emails.

***What You Can Do.*** It is always a good idea to be vigilant for incidents of fraud or identity theft by reviewing your account statements and free credit reports for any unauthorized activity. For more information on identity theft prevention and Kroll Identity Monitoring, including instructions on how to activate your complimentary membership, please visit the below website and see the pages that follow this letter.

Visit **https://enroll.krollmonitoring.com** to activate and take advantage of your identity monitoring services.
You have until ***July 6, 2025*** to activate your identity monitoring services.
Membership Number:

ELN-23800