UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

*In re Benefits Partner, LLC d/b/a Salus Group Litigation*

Case No. 2:25-cv-11108-LVP-APP

Hon. Linda V. Parker

Hon. Mag. Judge Anthony P. Patti

**STIPULATED ORDER
FOR BRIEFING SCHEDULE ON MOTION TO DISMISS**

Pursuant to the Court's June 3, 2025 Order granting Stipulation to Consolidate Cases and Appoint Class Counsel (the "Order) [ECF No. 13], Plaintiffs Preston Tilger, Janine Orosco, Aurthur Wagner, and John Stacho ("Plaintiffs") and Defendant Benefits Partner, LLC d/b/a Salus Group ("Salus Group" and, together with Plaintiffs, the "Parties") hereby stipulate and agree to the following briefing schedule for Salus Group's expected motion to dismiss Plaintiffs' Consolidated Class Action Complaint ("Consolidated Complaint"):

1. Salus Group shall file and serve its Motion to Dismiss on or before July 31, 2025;

2. Plaintiffs shall file and serve their opposition to Salus Group's Motion to Dismiss on or before September 1, 2025;

3. Salus Group shall file and serve its reply to Plaintiffs' opposition on or before September 22, 2025.

2

**IT IS SO ORDERED**.

                                                                     s/ Linda V. Parker
                                                                     LINDA V. PARKER
                                                                     U.S. DISTRICT JUDGE

Dated: June 25, 2025

**Approved:**

| | |
|---|---|
| *s/ Raina C. Borelli* | *s/ Eric R. Fish* |
| Raina C. Borrelli | Eric R Fish |
| STRAUSS BORRELLI PLLC | BAKER HOSTETLER LLP |
| One Magnificent Mile | 45 Rockefeller Plaza |
| 980 N Michigan Avenue, Suite 1610 | New York, NY 10111 |
| Chicago, IL, 60611 | Telephone: (212) 589-4647 |
| Telephone: (872) 263-1100 | efish@bakerlaw.com |
| raina@straussborrelli.com | |
| | Katherine L. Pullen (P74511) |
| *Interim Class Counsel for Plaintiffs and the Proposed Class* | WARNER NORCROSS + JUDD LLP |
| | 2715 Woodward Avenue, Suite 300 |
| | Detroit, MI 48201 |
| | Telephone: (313) 546-6000 |
| | kpullen@wnj.com |
| | |
| | *Attorneys for Defendant Benefits Partner, LLC d/b/a Salus Group* |

2