IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

*In re Benefits Partner, LLC d/b/a Salus Group Litigation*

Case No.: 2:25-cv-11108

Hon. Linda V. Parker

**STIPULATED ORDER GRANTING PLAINTIFFS' LEAVE TO FILE AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

Plaintiffs Janine Orosco, Arthur Wagner, Preston Tilger, and John Stacho ("Plaintiffs"), individually and on behalf of all others similarly situated ("Class Members"), and Defendant Benefits Partner, LLC d/b/a Salus Group, hereby stipulate pursuant to Rule 15(a)(2), that Plaintiffs shall have leave to file an Amended Consolidated Class Action Complaint.

In support of this stipulation, the parties state as follows:

1. Following the Court's Order granting the Parties' stipulation to consolidate (Doc. 13), Plaintiffs filed a Consolidated Complaint on June 12, 2025 (Doc. 15).

2. On July 31, 2025, in accordance with the Stipulated Order for Briefing Schedule on Motion to Dismiss (Doc. 16), Defendant moved to dismiss Plaintiffs' Consolidated Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (Doc. 17).

1

3. In response to Defendant's motion to dismiss, Plaintiffs intend to file an Amended Consolidated Class Action Complaint.

4. Counsel for Defendant stipulate to the proposed amendment pursuant to Fed. R. Civ. P. 15(a)(2) in light of the parties' agreements and understandings set forth herein.

5. Defendant explicitly reserves all rights and defenses available to it, as well as the ability to dispute the allegations contained in the proposed Amended Consolidated Class Action Complaint.

6. The Parties have agreed that Defendant shall have 30 days from the date of filing of the Amended Consolidated Class Action Complaint to answer, move, or otherwise respond.

7. The Parties have agreed that Plaintiffs shall have 30 days to respond to any motion to dismiss the Amended Consolidated Class Action Complaint filed by Defendant.

8. The Parties have further agreed that Defendant shall have 21 days to reply to any opposition filed by Plaintiffs.

9. Accordingly, the Parties request that this Court enter an order granting Plaintiffs leave to file an Amended Consolidated Class Action Complaint in the form attached hereto as Exhibit A, and setting the schedule below:

| Event | Deadline |
|---|---|
| Defendant's Response to the Amended Consolidated Class Action Complaint | 30 days after the Amended Consolidated Class Action Complaint is filed |
| Plaintiffs' Opposition to Defendant's Motion to Dismiss the Amended Consolidated Class Action Complaint | 30 days after the Motion to Dismiss is filed |
| Defendant's Reply to Plaintiffs' Opposition | 21 days after the Opposition to the Motion to Dismiss is filed |

**IT IS SO ORDERED.**

s/ Linda V. Parker  
LINDA V. PARKER  
U.S. DISTRICT JUDGE

Dated: September 3, 2025

**Approved:**

By: */s/ Raina C. Borrelli*  
Raina C. Borrelli  
STRAUSS BORRELLI PLLC  
One Magnificent Mile  
980 N. Michigan Ave., Suite 1610  
Chicago, IL 60611  
Telephone: (872) 263-1100  
Facsimile: (872) 263-1109  

By: */s/ Eric R. Fish*  
Eric R Fish  
BAKER HOSTETLER LLP  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4647  
efish@bakerlaw.com  

Katherine Lynn Pullen  
WARNER NORCROSS & JUDD LLP  
2715 Woodward Avenue, Suite 300  
Detroit, MI 48201  
Telephone: (313) 546-6078  

3

raina@straussborrelli.com

*Interim Class Counsel*

kpullen@wnj.com

*Attorneys for Defendant*

4