— **EXHIBIT E** —





