# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

*In re Benefits Partner, LLC*
*d/b/a Salus Group Litigation*

Case No. 2:25-cv-11108-LVP-APP

Hon. Linda V. Parker, U.S.D.J.

Hon. Mag. Judge Anthony P. Patti, U.S.M.J.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Melissa M. Bilancini from the law firm of Baker & Hostetler LLP, hereby enters her appearance as counsel for Defendant in the above-captioned matter.

Dated: October 3, 2025

Respectfully submitted,

*s/ Melissa M. Bilancini*
Melissa M. Bilancini
BAKER & HOSTETLER LLP
127 Public Square, Suite 2000
Cleveland, OH 44114
Telephone: (216) 621-0200
mbilancini@bakerlaw.com

*Attorney for Defendant Benefits*
*Partner, LLC d/b/a Salus Group*