**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| *In re Benefits Partner, LLC d/b/a Salus Group Litigation* | Case No. 2:25-cv-11108-LVP-APP<br><br>Hon. Linda V. Parker, U.S.D.J.<br><br>Hon. Mag. Judge Anthony P. Patti, U.S.M.J. |

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant Benefits Partner, LLC d/b/a Salus Group ("Salus Group") respectfully submits this Notice of Supplemental Authority in Support of its Motion to Dismiss Plaintiffs' Amended Consolidated Complaint (ECF No. 21) (the "Motion"). In support of its arguments regarding Plaintiffs' failure to state a claim for negligence, breach of contract, unjust enrichment, and declaratory judgment, Salus Group would like to bring to the Court's attention a recently-issued decision from Judge Robert J. White in *In re Grede Holdings LLC Data Breach Litig.*, No. 25-cv-10831, 2026 WL 396292 (E.D. Mich. Feb 12, 2026).

In *Grede*, the court dismissed claims similar to those here for failure to state a claim and without leave to replead.  In rejecting a negligence claim similar to the one here, the court relied on similar authority as that submitted by Salus Group in its Motion and found that the plaintiffs did not allege "actual" or "present" injuries. *See id.* at **2-3.  Moreover, the plaintiffs failed to sufficiently allege causation, as

1

the allegations omitted a "but for cause" of the alleged injuries, even if they had alleged "actual" and "present" injuries. *See id.* at *3. "And the alleged temporal proximity between the data breach, the fraudulent bank charge, and the unsolicited spam communications is insufficient to plausibly establish a causal link." *Id.* The court also found a lack of an implied contract in an employer-employee setting—a relationship that does not even exist here—due to a lack of consideration because providing personal information was merely incidental to employment. *See id.* at 4.

The court similarly rejected unjust enrichment and declaratory judgment claims. *Id.* at **4, 5-6. The court held that the unjust enrichment claim must be dismissed absent a showing "the personal identifying information plausibly conferred an independent benefit" on the defendant. *Id.* at 4. And without an entitlement to some sort of relief, the declaratory judgment claim must also be dismissed. *Id.* at 6.

A true and correct copy of the *Grede* decision is attached hereto as Exhibit A.

Dated: March 20, 2026                                  Respectfully submitted,

                                                       s/ Eric R. Fish
                                                       Eric R. Fish
                                                       *One of Defendant's Attorneys*

## **Certificate of Service**

I certify that on March 20, 2026, I caused the above Notice of Supplemental Authority to be electronically filed with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties registered electronically, and state that there are no non-ECF participants.

*s/ Eric R. Fish*
Eric R Fish